UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SIWIECKI, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.                                        Case No. 21-cv-12826
                                       Hon. Sean F. Cox

MOBA AMERICAS, INC.,

    Defendant.
_____/

| SANFORD LAW FIRM, PLLC | COUZENS, LANSKY, FEALK, |
|---|---|
| By:   Josh Sanford |     ELLIS, ROEDER & LAZAR, P.C. |
|       (Ark. Bar No. 2001037) | By:   David A. Lawrence (P48630) |
|       Samuel Brown |        Prerana R. Bacon (P69680) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Kirkpatrick Plaza | 39395 W. 12 Mile Road, Suite 200 |
| 10800 Financial Centre Parkway | Farmington Hills, MI  48331 |
| Suite 510 | (248) 489-8600 |
| Little Rock, Arkansas  72211 | david.lawrence@couzens.com |
| (501) 221-0088 | prerana.bacon@couzens.com |
| josh@sanfordlawfirm.com | |
| samuel@sanfordlawfirm.com | |

_____/

**ORDER APPROVING SETTLEMENT
AGREEMENT AND DISMISSING CASE**

    WHEREAS, Plaintiff has asserted claims against Defendant alleging, among other things, violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et. seq.*

    WHEREAS, the parties have agreed upon a settlement amount and the material settlement terms and have executed a Settlement Agreement.

WHEREAS, the parties have submitted the Settlement Agreement to the Court for review and approval.

WHEREAS, the Court, after having conducted a review of the Settlement Agreement and being satisfied that it is a fair and reasonable settlement of the Plaintiff's claims, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Settlement Agreement be and is approved, as submitted.

**IT IS FURTHER ORDERED** that Count I of Plaintiff's Complaint is **DISMISSED WITH PREJUDIC.** Count II of Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own costs and attorneys' fees except as contemplated under the parties' agreement.

**IT IS SO ORDERED.**

Dated: July 5, 2022                             s/Sean F. Cox
                                                Sean F. Cox
                                                U. S. District Judge

**APPROVED AS TO FORM:**

| **SANFORD LAW FIRM, PLLC** | **COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.** |
|---|---|
| By:**/s/ Samuel Brown (per consent)**<br>    Josh Sanford<br>    (Ark. Bar No. 2001037)<br>    Samuel Brown<br>**Attorneys for Plaintiff**<br>(501) 221-0088<br>josh@sanfordlawfirm.com<br>samuel@sanfordlawfirm.com | By:**/s/ David A. Lawrence**<br>    David A. Lawrence (P48630)<br>    Prerana R. Bacon (P69680)<br>**Attorneys for Defendant**<br> (248) 489-8600<br>david.lawrence@couzens.com<br>prerana.bacon@couzens.com |
| **Dated:  July 1, 2022** | **Dated:  July 1, 2022** |